**EXHIBIT A**



BLANK ROME LLP
COUNSELORS AT LAW

*Phone:* (513) 362-8772
*Fax:* (513) 362-8773
*Email:* Jones-n@blankrome.com

December 8, 2005

**By telecopy (630-961-7371) and Federal Express**

Jim Bunnell
General Motors Corporation
387 Shuman Blvd #300 E.
Naperville, Illinois 60563

        Re:    EEOC Charge of Race and Age Discrimination by Al Washington

Dear Mr. Bunnell:

        Be advised that in light of the Equal Employment Opportunity Commission complaint filed against General Motors yesterday and the subsequent termination of Mr. Washington, you are hereby given notice of an ongoing investigation and a potential lawsuit against General Motors, Roy Pikus, and Larry Speicher.

        As a result of this notice, you are to preserve any and all documents, including, but not limited to, electronic documents and communications, sales reports, customer files, employee evaluations, expense reports, assignment logs, corporate policies, regional policies, office policies, office memoranda, emails, notes (handwritten and otherwise), and all human resources documents. These documents will include all drafts and duplicate copies, and are not limited to documents relating to Al Washington. The Equal Employment Opportunity Commission request relevant documents from the company and the documents are relevant to anticipate litigation. You are required by law to cooperate fully with the EEOC and preserve any and all documents. Any failure to do so will be a direct violation of the law.



December 8, 2005
Page 2

      We trust that you will promptly advise all employees or managers under your supervision of their obligations in this regard.

                                        Very truly yours,

                                        Nathaniel R. Jones

NRJ:sl



Phone: (513) 362-8772
Fax: (513) 362-8773
Email: Jones-n@blankrome.com

December 8, 2005

**By telecopy (630-961-7371) and Federal Express**

Roy Pikus
General Motors Corporation
General Motors Commercial Sales Division
387 Shuman Blvd #300 E.
Naperville, Illinois 60563

      Re:    EEOC Charge of Race and Age Discrimination by Al Washington

Dear Mr. Pikus:

      Be advised that in light of the Equal Employment Opportunity Commission complaint filed against General Motors yesterday and the subsequent termination of Mr. Washington, you are hereby given notice of an ongoing investigation and a potential lawsuit against General Motors, Larry Speicher, and yourself.

      As a result of this notice, you are to preserve any and all documents, including, but not limited to, electronic documents and communications, sales reports, customer files, employee evaluations, expense reports, assignment logs, corporate policies, regional policies, office policies, office memoranda, emails, notes (handwritten and otherwise), and all human resources documents. These documents will include all drafts and duplicate copies, and are not limited to documents relating to Al Washington. The Equal Employment Opportunity Commission request relevant documents from the company and the documents are relevant to anticipate litigation. You are required by law to cooperate fully with the EEOC and preserve any and all documents. Any failure to do so will be a direct violation of the law.



December 8, 2005
Page 2

      We trust that you will promptly advise all employees or managers under your supervision of their obligations in this regard.

                                                          Very truly yours,

                                                          Nathaniel R. Jones

NRJ:sl



*Phone:*    *(513) 362-8772*
*Fax:*      *(513) 362-8773*
*Email:*    *Jones-n@blankrome.com*

December 8, 2005

**By telecopy (630-961-7371) and Federal Express**

Oliver Adkins
General Motors Corporation
General Motors Human Resources
387 Shuman Blvd #300 E.
Naperville, Illinois 60563

       Re:    EEOC Charge of Race and Age Discrimination by Al Washington

Dear Mr. Adkins:

     Be advised that in light of the Equal Employment Opportunity Commission complaint filed against General Motors yesterday and the subsequent termination of Mr. Washington, you are hereby given notice of an ongoing investigation and a potential lawsuit against General Motors, Roy Pikus, and Larry Speicher.

     As a result of this notice, you are to preserve any and all documents, including, but not limited to, electronic documents and communications, sales reports, customer files, employee evaluations, expense reports, assignment logs, corporate policies, regional policies, office policies, office memoranda, emails, notes (handwritten and otherwise), and all human resources documents. These documents will include all drafts and duplicate copies, and are not limited to documents relating to Al Washington. The Equal Employment Opportunity Commission request relevant documents from the company and the documents are relevant to anticipate litigation. You are required by law to cooperate fully with the EEOC and preserve any and all documents. Any failure to do so will be a direct violation of the law.



December 8, 2005
Page 2

    We trust that you will promptly advise all employees or managers under your supervision of their obligations in this regard.

                                Very truly yours,

                                Nathaniel R. Jones

NRJ:sl

**BLANK ROME LLP**
COUNSELORS AT LAW

*Phone:* (513) 362-8772
*Fax:* (513) 362-8773
*Email:* jones-n@blankrome.com

December 8, 2005

**By telecopy (630-961-7371) and Federal Express**

Larry Speicher
General Motors Corporation
General Motors Commercial Sales Division
387 Shuman Blvd #300 E.
Naperville, Illinois 60563

        Re:    EEOC Charge of Race and Age Discrimination by Al Washington

Dear Mr. Speicher:

      Be advised that in light of the Equal Employment Opportunity Commission complaint filed against General Motors yesterday and the subsequent termination of Mr. Washington, you are hereby given notice of an ongoing investigation and a potential lawsuit against General Motors, Roy Pikus, and yourself.

      As a result of this notice, you are to preserve any and all documents, including, but not limited to, electronic documents and communications, sales reports, customer files, employee evaluations, expense reports, assignment logs, corporate policies, regional policies, office policies, office memoranda, emails, notes (handwritten and otherwise), and all human resources documents. These documents will include all drafts and duplicate copies, and are not limited to documents relating to Al Washington. The Equal Employment Opportunity Commission request relevant documents from the company and the documents are relevant to anticipate litigation. You are required by law to cooperate fully with the EEOC and preserve any and all documents. Any failure to do so will be a direct violation of the law.



December 8, 2005
Page 2

    We trust that you will promptly advise all employees or managers under your supervision of their obligations in this regard.

                          Very truly yours,

                          Nathaniel R. Jones

NRJ:sl



*Phone:*     *(513) 362-8772*
*Fax:*       *(513) 362-8773*
*Email:*     *Jones-n@blankrome.com*

December 8, 2005

**By telecopy (630-961-7371) and Federal Express**

Kathleen Barclay
General Motors Corporation
General Motors Human Resources
387 Shuman Blvd #300 E.
Naperville, Illinois 60563

         Re:     EEOC Charge of Race and Age Discrimination by Al Washington

Dear Ms. Barclay:

      Be advised that in light of the Equal Employment Opportunity Commission complaint filed against General Motors yesterday and the subsequent termination of Mr. Washington, you are hereby given notice of an ongoing investigation and a potential lawsuit against General Motors, Roy Pikus, and Larry Speicher.

      As a result of this notice, you are to preserve any and all documents, including, but not limited to, electronic documents and communications, sales reports, customer files, employee evaluations, expense reports, assignment logs, corporate policies, regional policies, office policies, office memoranda, emails, notes (handwritten and otherwise), and all human resources documents. These documents will include all drafts and duplicate copies, and are not limited to documents relating to Al Washington. The Equal Employment Opportunity Commission request relevant documents from the company and the documents are relevant to anticipate litigation. You are required by law to cooperate fully with the EEOC and preserve any and all documents. Any failure to do so will be a direct violation of the law.



December 8, 2005
Page 2

    We trust that you will promptly advise all employees or managers under your supervision of their obligations in this regard.

                Very truly yours,

                Nathaniel R. Jones

NRJ:sl

900200.00001/50312699v.1